Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SYED IRFAN RAFI, | § § | CASE NO. 21-42496-elm7 |
| DEBTOR. | § § | |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on January 18, 2023, I filed the *Application to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C. as General Counsel to the Chapter 7 Trustee* (Dkt. No. 36, the "Application"), which contained twenty-one (21) day negative notice language. The deadline to object to the Application was February 8, 2023. As of today's date, no responses or objections to the Application have been filed.

DATED: March 7, 2023.

Respectfully submitted,

**QUILLING, SELANDER, LOWNDS,**
  **WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Kenneth A. Hill*
   Kenneth A. Hill
   Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE