

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 7, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SYED IRFAN RAFI, | § | CASE NO. 21-42496-elm7 |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING EMPLOYMENT OF QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. AS GENERAL COUNSEL TO THE CHAPTER 7 TRUSTEE

On this date, the Court considered the Application to Employ Quilling, Selander, Lownds, Winslett & Moser, P.C., as General Counsel to the Chapter 7 Trustee (Dkt. No. 36, the "Application") in the above-referenced case. The Court, having considered the Application and noting that proper notice of the Application was given to proper parties, finds as follows:

1. On October 25, 2021, Syed Irfan Rafi (the "Debtor") filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. John Dee Spicer (the "Trustee") was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

2. The Trustee filed the Application seeking this Court's approval to employ Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM") as his general bankruptcy counsel in this case.

3. QSLWM meets the criteria for employment of counsel and has complied with the requirements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014. The Court finds and concludes that QSLWM is disinterested and represents no interest adverse to the estate in the matters upon which QSLWM is to be engaged by the Trustee.

4. The Trustee's proposed employment of QSLWM, on the terms and at the hourly rates set forth in the Application, is appropriate and in the best interest of the Debtor's bankruptcy estate.

5. Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

IT IS THEREFORE ORDERED that the Application is granted.

IT IS FURTHER ORDERED that the Trustee's proposed employment of QSLWM as general bankruptcy counsel on the terms and at the hourly rates set forth in the Application is hereby approved, provided that the hourly rates set forth in the Application are subject to further Court order and further examination at any hearing on any application by QSLWM seeking allowance of compensation and reimbursement of expenses.

IT IS FURTHER ORDERED that QSLWM's employment as authorized in this Order shall be effective from the date the Trustee first consulted with QSLWM (which was January 13, 2023) and shall continue until further order of this Court.

###End of Order###